Omer Feizi, Substituted for Alexander C. Castriotis and Another, v. Second Russian Insurance Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.